STATE of Missouri, Respondent,

v.

Remon M. LEE, Appellant.

Remon M. LEE, Appellant,

v.

STATE of Missouri, Respondent.

Nos. WD 49456, WD 51717.

Missouri Court of Appeals,
Western District.

Oct. 22, 1996.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Nov. 26, 1996.

Application to Transfer Denied
Jan. 21, 1997.

Susan L. Hogan, Appellate Defender, Kansas City, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Kurt U. Schaefer, Asst. Atty. Gen., Jefferson City, for Respondent.

Before SPINDEN, P.J., and SMART and EDWIN H. SMITH, JJ.

### ORDER

PER CURIAM.

Appeal from judgment of conviction for murder in the first degree, § 565.020 RSMo 1994, and armed criminal action, § 571.015 RSMo 1994, and order denying Rule 29.15 motion without an evidentiary hearing.